1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.:  18-CR-5382-GPC

12                          Plaintiff,
                                           **JUDGMENT AND ORDER**
13   v.                                     **DISMISSING THE SUPERSEDING**
                                            **INDICTMENT**
14   DIAMOND ENVIRONMENTAL
     SERVICES, LP, (1);                     **[ECF No. 178]**
15   DIAMOND MAINTENANCE
     SERVICES, LLC., (2);
16   DIAMOND SOLID WASTE SERVICES,
     INC., (3);
17   ARIE ERIC DE JONG, III, (4);
18   WARREN VAN DAM (5); and
     JORGE LEYVA RODRIGUEZ (6),
19
                           Defendants.
20

21

22        **WHEREBY** the Court, having read and considered the motion of the United States

23   to dismiss the Superseding Indictment, and finding good cause therein,

24   / / /

25

26

27
                                         1
28
                                                          18-CR-5382-GPC

1      **IT IS HEREBY ORDERED** that the Superseding Indictment is dismissed as to

2 all Defendants.

3      **IT IS SO ORDERED.**

4

5 Dated:  October 26, 2020

6                       Hon. Gonzalo P. Curiel

7                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18-CR-5382-GPC